Rel: November 21, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0049

Catherine Martha Evans v. William David Evans II (Appeal from
Madison Circuit Court:  CV-22-123).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, Sellers, Mendheim, Cook, and
McCool, JJ., concur.